IN THE UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER J. COLE<br>234 Weinland Drive<br>New Carlisle, OH 45344<br>Social Security No.: XXX-XX-9358<br>Driver's License RM002138<br>Expiration: March 20, 2016<br><br>Petitioner,<br><br>-vs-<br><br>MIKE RANKIN, REGISTRAR,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CASE NO. 3:12-po-00103-SLO<br><br><br><br><br><br><br><br><u>ENTRY GRANTING DRIVING</u><br><u>PRIVILEGES</u> |

* * * * * * * * *

       This matter came before the Court upon Petitioner's application for driving privileges. This Court finds Petitioner's Motion to be well taken and hereby SUSTAINS same.

       O.R.C. 4510.02.1(B) states that driving privileges may be granted for any of the following reasons: (1) Occupational, educational, vocational, or medical purposes, (2) Taking the driver's or commercial driver's license examination; (3) Attending court ordered treatment."

       This Court finds that the Petitioner resides at 234 Weinland Drive, New Carlisle, OH 45344 and works at Zeibart, 7030 Poe Avenue, Dayton, OH 45414. Petitioner works Monday through Saturday from 7:15 a.m. to 5:30 p.m., however, he is required to stay at work until the job is complete, therefore, requiring him to work over on occasion. He is also required to drive customer's vehicles and drive home or pick up customers during the course of his day.

       Therefore, IT IS ORDERED, ADJUDGED AND DECREED that the Defendant be and is hereby granted the privileges to operate a motor vehicle for the following purpose(s), and NO OTHER: FROM RESIDENCE TO/FROM WORK ONLY. The times below *do not* include driving to and from other destinations.

ZEIBART
7030 POE AVENUE
DAYTON, OH 45414

-PETITIONER'S WORK SCHEDULE IS 7:15 A.M. TO 5:30 P.M. PETITIONER IS REQUIRED TO COMPLETE CERTAIN JOBS BEFORE LEAVING WORK AND IS THEREFORE REQUIRED TO WORK LATE ON OCCASION. PETITIONER IS REQUIRED TO DRIVE CUSTOMER'S CARS AND DRIVE CUSTOMERS HOME OR PICK UP CUSTOMERS THROUGHOUT THE COURSE OF HIS DAY.

PETITIONER IS TO CARRY HIS WORK SCHEDULE AND BE ABLE TO PRESENT IT UPON REQUEST

EFFECTIVE ON: MAY 27, 2012  VOID AFTER: MAY 27, 2013 as to Count 1
EFFECTIVE ON: MAY 27, 2012  VOID AFTER: MAY 27, 2015 as to Count 2
EFFECTIVE ON: MAY 27, 2012  VOID AFTER: MAY 27, 2013 as to Count 3

The above suspensions are to run concurrent.

The above privileges are valid only upon the Petitioner's having complied with the Ohio Financial Responsibility Law and on the condition that the Defendant is not under any other driving disability or suspension and is in compliance with all other requirements for lawful driving privileges.

Should the Petitioner's residence or work hours change, the Petitioner is to file a Motion and Order with this Honorable requesting a modification of privileges immediately.

_____
Sharon L. Ovington
U.S. Magistrate Court Judge

By: _____

Deputy Clerk

THIS ORDER MUST BE SHOWN TO ANY LAW ENFORCEMENT OFFICER UPON REQUEST. THIS PERMIT IS TO BE STRICTLY CONSTRUED. NO DEVIATION OR DETOURS FROM THE DIRECT PATH OF TRAVEL ARE AUTHORIZED. DRIVING A MOTOR VEHICLE WITHIN 12 HOURS OF CONSUMPTION OF AN ALCOHOLIC BEVERAGE IS STRICTLY FORBIDDEN AND VOIDS THIS PERMIT.

*THIS PERMIT IS NOT VALID FOR OPERATION OF A COMMERCIAL VEHICLE AS DEFINED IN SECTION 4506.01(D) OF THE OHIO REVISED CODE.*

cc:    Bureau of Motor Vehicles