# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12po103 |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| CHRISTOPHER COLE, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant's Motion for Termination of Driver's License Suspension (Doc. #12). The United States has not responded to the motion. For good cause shown, the Court hereby ORDERS that the suspension of Defendant Christopher Cole's driving privileges is TERMINATED and Defendant's Motion (Doc. # 12) is GRANTED.

April 5, 2013

                                            s/ Sharon L. Ovington
                                                        Sharon L. Ovington
                                         Chief United States Magistrate Judge